**DAVID G. BANES, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiffs**
**Kenneth C, Cochrane,**
**Eric P. Cochrane,**
**and the minor child Achali K. Cochrane,**
**represented by Kenneth C. Cochrane**

F I L E D
Clerk
District Court

**JUL 2 6 2005**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **KENNETH C. COCHRANE, ERICA P. COCHRANE, and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane,** ) ) ) ) ) | **CIVIL CASE NO. 05-0013** |
| **Plaintiffs,** ) ) ) | **PLAINTIFFS' INITIAL DISCLOSURES** |
| **vs.** ) ) ) | |
| **FRANCISCO W. BORJA,** ) ) | |
| **Defendant.** ) ) | |

COMES NOW Plaintiffs by and through counsel, and for their Initial Disclosures Pursuant to Rule 26(a)(1), discloses as follows:

1.    Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (A).

      a.    Kenneth C. Cochrane
           c/o O'Connor, Berman Dotts & Banes
           Witness to the accident

      b.    Erica P. Cochrane
           c/o O'Connor, Berman Dotts & Banes
           Witness to the accident

      c.    Mr. Francisco W. Borja
           c/o G. Anthony Long
           Witness to the accident

**ORIGINAL**

1

d. The police personnel named on the police report.

e. Various personnel named in the related CHC medical records.

f. Plaintiff Erica Cochrane's medical treatment personnel: Marianas Medical Center; Dr. Tony Stearns; 7th Day Adventist Clinic; Anne Erhard; Steve Arthur; David Ahrens; Dr. Chan; Raising Sun Yoga; and University of Wisconsin Hospital.


2. Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (B).


The following documents are currently available or will become available upon proper notification for inspection at the Law Offices of O'Connor Berman Dotts & Banes:


a. DPS Report dated December 12, 2003.

b. Various medical records and bills from CHC related to CHC's treatment of Plaintiffs.

c. Various medical records and bills from Marianas Medical Center; 7th Day Adventist Dental Clinic; Anne Erhard, psychologist; Steve Arthur, chiropractor; David Ahrens, massage therapist; Dr. Chan, acupuncture and massage; Raising Sun Yoga; and University of Wisconsin Hospital.

d. Release signed by Plaintiffs related to their claim for property damage.

e. CHC medical release dated July 21, 2005.


3. Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (C).


a. Plaintiffs are claiming pain and suffering and Plaintiff Erica Cochrane is also claiming lost wages.

1    b.    However as Plaintiffs are still recovering from their injuries, their

2    damages are still accruing, and Plaintiffs are attempting to obtain additional medical records

3    and billings from the entities disclosed above.  Plaintiffs reserve their right to supplement this

4    disclosure.

5

6    4.    Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (D).

7

8    a.    Royal Crown has not yet produced a copy of the relevant insurance

9    policy.

10

11

12    Dated: July 26th, 2005                    O'CONNOR BERMAN DOTTS & BANES
                                                Attorneys for Plaintiffs Kenneth C. Cochrane,
13                                              Erica P. Cochrane, and Achali K. Cochrane

14

15

16    By: _____

17                    DAVID G. BANES
                      CNMI Bar No. F0171

18

19

20

21

22

23

24

25

26

27

28