```
                                                    F I L E D
                                                       Clerk
                                                   District Court
```

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building                    JUL 2 8 2005
P.O. Box 501969
Saipan, MP96950                               For The Northern Mariana Islands
Telephone No. (670) 234-5684                  By_____
Facsimile No. (670) 234-5683                        (Deputy Clerk)

Attorneys for Plaintiffs
Kenneth C, Cochrane,
Eric P. Cochrane,
and the minor child Achali K. Cochrane,
represented by Kenneth C. Cochrane

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE, and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane,       Plaintiffs,   vs.   FRANCISCO W. BORJA,       Defendant. | CIVIL CASE NO. 05-0013   PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFF'S INITIAL DISCLOSURE AND CASE MANAGEMENT CONFERENCE STATMENT** was served as follows:

By personal delivery on July 26, 2005 upon:

    Lisa Demoux for
    G. Anthony Long, Esq.
    San Jose, Saipan, CNMI

Dated this 28th day of July, 2005.

                                                    _____
                                                  Alexander L. Lopez