Law Office Of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

SEP 0 6 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE, and ACHALI K COCHRANE, a minor represented by KENNETH C. COCHRANE<br><br>Plaintiffs<br><br>v.<br><br>FRANCISCO W. BORJA<br><br>Defendant | ) CIVIL ACTION No. 05- 0013<br>)<br>)<br>)<br>)<br>)<br>) DEFENDANT'S CASE MANAGEMENT<br>) STATEMENT<br>)<br>) DATE: 9/7/05<br>) TIME: 8:30 AM<br>) JUDGE: ALEX R. MUNSON<br>) |

Comes now defendant Francisco Borja ("Borja") who submits the following proposed Case Management Conference Statement:

(a)  **Service of Process**:

Defendant has been served.

(b)  **Jurisdiction and Venue**:

Subject matter Jurisdiction and venue is proper.

Page 1 of 3

(c)  **Track Assignment**:

   Standard

(d)  **Anticipated motions**:

The motions defendant anticipate filing include, but are not limited to the following:

1. Motion to amend answer;and

2. Discovery motions;

(e)  **Anticipated Discovery and Limitation on Discovery**:

1. Interrogatories, a request to product and a request for admissions will be served upon plaintiff by defendant.

2. Defendant anticipates taking the deposition of each; plaintiff and possibly the deposition of Erica Cochrane treating physician. Additional depositions may be necessary of other persons who are later learned to possess discoverable knowledge.

(f) **Further proceedings**:

Plaintiff leaves the setting of the proceedings to the court.

(g)  **Special Procedures**:

Not necessary.

(h)  **Modification of the standard pre-trial procedures:**

No modifications necessary.

(i) **Settlement prospects:**

Defendant believes settlement may be possible after conducting discovery..

(j) **Limitation of issues:**

No limitation is necessary, at this time.

(k) **Setting of dates:**

Defendants request the following dates:

1. Motions to amend and supplement pleadings filed on or before December 15, 2005;

2. All discovery served so as to be completed by March 13, 2006;

3. Discovery motions filed on or before April 6, 2006;

4. Settlement Conference on April 21, 2006;

3. All dispositive motions heard on or before May 25, 2006;

4. Final Settlement Conference on June 9, 2006;

5. Joint pre-trial order June 17, 2006

6. Final Pre-trial conference June 17, 2006; and

4. Trial date of June 26, 2005 at 9:00 a.m.

Dated this 6th day of September, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long