F I L E D
Clerk
District Court

SEP 0 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office Of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

KENNETH C. COCHRANE, ERICA P. ) CIVIL ACTION No. 05- 0013
COCHRANE, and ACHALI K )
COCHRANE, a minor represented by )
KENNETH C. COCHRANE )
                                  )
          Plaintiffs              )  DEFENDANT'S DISCOVERY DISCLOSURES
                                  )
          v.                      )  DATE :  9|7|05
                                  )  TIME :  8:30 Am
FRANCISCO  W.  BORJA              )  JUDGE :  ALEX R. MUNSON
                                  )
          Defendant               )
_____ )

        Comes now defendant Francisco Borja ("Borja")  who submits the following pre-

discovery disclosure:


A.      **PERSONS WITH DISCOVERABLE INFORMATION:**

        In additional to each off the parties,  persons known to Borja  with discoverable

knowledge include but are not limited to the following:

1.      Police Office John Sablan, Department of Public Safety

2.      Jessica Wasisang, Koblerville, Saipan,  288-1286.

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802  Fax No: (670) 235-4801

3.    Hoib Ngirachemoi, Pastor, Palau Evangelical Church, Navy Hill, Saipan

**B.    DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS:**

The documents possessed by Borja relevant to his defenses in this lawsuit have been produced to plaintiffs in response to the production request of Kenneth Cochrane. Documentation relevant to the defense such as the existence of a power outage at the time of the collision should be in the possession of the Commonwealth Utilities Corporation. Documentation relevant to the defense in this case is also possessed by plaintiffs.

**C.    EXPERT WITNESSES:**

Borja has not made a determination as to whether he will use an expert witness in this case.

**D    COMPUTATION OF DAMAGES:**

Borja is unaware of any specific damages, if any, actually suffered by plaintiffs.

Dated this 6th day of September, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801