UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

SEP 0 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

|  |  |
|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO W. BORJA<br><br>Defendant. | Civil Action No. 05-0013<br><br><u>Amended Case Management Scheduling Order</u> |

David G. Banes
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

IT IS ORDERED that the Case Management Scheduling Order filed on September 7, 2005, is amended as follows:

The trial in this case scheduled for Monday, May 29, 2006, is rescheduled to Tuesday, May 30, 2006, at 9:00 a.m.

DATED THIS 8th day of September, 2006

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)