**ORIGINAL**

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs
Kenneth C, Cochrane,
Eric P. Cochrane,
and the minor child Achali K. Cochrane,
represented by Kenneth C. Cochrane

FILED
Clerk
District Court

SEP - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE, and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO W. BORJA,<br><br>Defendant. | CIVIL CASE NO. 05-0013<br><br>MOTION TO RE-SCHEDULE SETTLEMENT CONFERENCE<br><br>Judge: Hon. Alex R. Munson<br>Date:<br>Time: |

### MOTION

Plaintiffs, through counsel, hereby move the Court for an order re-scheduling the settlement conference currently scheduled to be conducted on October 28, 2005. Plaintiffs feel confident that prospects to settle this matter are good if such a conference is conducted quickly, but will be traveling off-island on October 5, 2005 and will not return for the entire month of October. Plaintiffs therefore request that this settlement conference be re-scheduled to the original date and time contemplated by the Court on September 30, 2005 at 10:00 a.m. Plaintiffs' counsel has contacted Defendant's counsel in an effort to secure a stipulation to this effect, but Defendant's counsel is unwilling to agree to this change.

1
DRAFT MOTION FOR SETTLEMENT CONF.

In the alternative, Plaintiffs request that this Court allow the settlement conference scheduled for October 28, 2005 proceed without the presence of Plaintiffs. In this event, Plaintiffs will grant their counsel full authority to effect settlement in their absence.

WHEREFORE, Plaintiffs request that this Court re-schedule the settlement conference for September 30, 2005, or, in the alternative, allow the settlement conference to proceed without the presence of Plaintiffs.

Dated: September 8, 2005

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES

Attorneys for Plaintiffs Kenneth C, Cochrane, Erica P. Cochrane, and the minor child Achali K. Cochrane, represented by Kenneth C. Cochrane

By: _____
DAVID G. BANES