FILED
Clerk
District Court

SEP 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH C. COCHRANE; ERICA P. COCHRANE; and, ACHALI K. COCHRANE, a minor represented by KENNETH C. COCHRANE, <br><br> Plaintiffs <br><br> v. <br><br> FRANCISCO W. BORJA, <br><br> Defendant | Civil No. 05-0013 <br><br> ORDER DENYING MOTION TO RE-SET CONFERENCE and GRANTING MOTION THAT PLAINTIFFS NOT BE REQUIRED TO ATTEND SETTLEMENT CONFERENCE |

Attorney for plaintiffs has this date filed a motion to re-schedule the settlement conference, which was set at yesterday's case management conference for October 28, 2005, to September 30, 2005. The motion was not accompanied by a request for an expedited hearing and the court normally would not hear it before the regularly-scheduled motion date of October 6, 2005. However,

AO 72
(Rev. 8/82)

In the interests of conserving the resources of the court and the parties, the court hereby denies the motion to re-schedule the settlement conference. However, the court accepts plaintiffs' counsel's representation as an officer of the court that he will have full authority to enter into a complete and binding settlement on plaintiffs' behalf without needing to contact his clients and, accordingly, grants his motion to allow them not to attend the settlement conference on October 28, 2005.

IT IS SO ORDERED.

DATED this 8th day of September, 2005.

_____
ALEX R. MUNSON
Judge