1  DAVID G. BANES, ESQ.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Plaintiffs
   Kenneth C, Cochrane,
6  Eric P. Cochrane,
   and the minor child Achali K. Cochrane,
7  represented by Kenneth C. Cochrane

F I L E D
Clerk
District Court

OCT 17 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

8             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN MARIANA ISLANDS
9

10 KENNETH C. COCHRANE, ERICA P.        )    CIVIL CASE NO. 05-0013
   COCHRANE, and ACHALI K.              )
11 COCHRANE, a minor child represented by )
   Kenneth C. Cochrane,                 )
12                                       )
              Plaintiffs,                )    PROOF OF SERVICE
13                                       )
        vs.                              )
14                                       )
   FRANCISCO W. BORJA,                   )
15                                       )
              Defendant.                 )
16                                       )
                                         )
17 _____)

18     The undersigned does hereby certify that copy of **NOTICE OF DEPOSITION**

19 **(Borja)** was served as follows:

20

21     By personal delivery on October 12, 2005 upon:

22          Lisa Demoux for
            G. Anthony Long, Esq.
23          San Jose, Saipan, CNMI

24

25     Dated this _14th_ day of October, 2005.

26
                                              _____
27                                            Rosemarie G. Agulto
28

                                    1
                    3063-02-051012-ProofService-rcr