FILED
Clerk
District Court

OCT 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs
Kenneth C, Cochrane,
Eric P. Cochrane,
and the minor child Achali K. Cochrane,
represented by Kenneth C. Cochrane

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE, and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO W. BORJA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. 05-0013 <br><br><br> **PROOF OF SERVICE** |

The undersigned does hereby certify that copy of **PLAINTIFFS' SUPPLEMENTAL**

**INITIAL DISCLOSURES** was served as follows:


By personal delivery on October 27, 2005 upon:

      Lisa Demoux for
      G. Anthony Long, Esq.
      San Jose, Saipan, CNMI


Dated this _____ day of October, 2005.

_____
Rosemarie G. Agulto

1