FILED
Clerk
District Court

NOV 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KENNETH C. COCHRANE, ERICA P. COCHRANE and ACHALI K. COCHRANE, a minor child represented by Kenneth C. Cochrane,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRANCISCO W. BORJA<br><br>    Defendant. | Civil Action No. 05-0013<br><br>Order Setting Chamber's Conference |

David G. Banes
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

IT IS ORDERED that a Chamber's Conference in the above case is set for

Monday, November 28, 2005, at 8:30 a.m.

DATED THIS 22ND day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)